## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Paul Turner | FILED: JULY 25, 2008 |
| | 08CV4241 |
| v. | JUDGE KENDALL |
| | MAGISTRATE JUDGE DENLOW |
| City of Chicago, Chicago Police Officers J. Elstner, Star No. 18770, S. Hall, Star No. 12973 and Robert Woods, Star No. 15143 | EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
|---|
| Garrett W. Browne |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Garrett W. Browne |

| FIRM |
|---|
| Ed Fox & Associates |

| STREET ADDRESS |
|---|
| 300 W. Adams Street, Suite 330 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER(SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6242592 | (312) 345-8877 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |