IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAUL TURNER** ) | |
| ) | Case No. 08 C 4241 |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGE KENDALL |
| ) | |
| CITY OF CHICAGO, Chicago Police Officers ) | |
| J. Elstner, Star No. 18770, S. Hall Star No. 12973 ) | |
| and Robert Woods, Star No. 15143 ) | |
| ) | |
| Defendants, ) | |

**NOTICE OF FILING**

TO**:**   ALL PARTIES OF RECORD

   **PLEASE TAKE NOTICE** that on July 30, 2008, the undersigned electronically filed with the Clerk of this Court, the **PLAINTIFF'S FIRST AMENDED COMPLAINT** service of which is being made upon you.

                                                                S/Garrett Browne
                                                                Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 30, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                                                /s/Garrett Browne
                                                                Garrett Browne
                                                                ED FOX & ASSOCIATES
                                                                300 West Adams, Suite 330
                                                                Chicago, IL 60606
                                                                (312) 345-8877
                                                                gbrowne@efox-law.com